

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00390-CR

Lawrence **CLOUD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR10736
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:     Luz Elena D. Chapa, Justice
             Irene Rios, Justice
             Beth Watkins, Justice

Delivered and Filed: July 24, 2019

DISMISSED FOR LACK OF JURISDICTION

A jury found Lawrence Cloud guilty of unlawful possession of a firearm and assessed punishment at eight years in prison. Cloud filed a notice of appeal. However, the trial court deferred pronouncing sentence pending an evaluation of Cloud's competence. Sentence has not yet been imposed or suspended in open court, and counsel has filed a motion to withdraw the appeal. We grant the motion and dismiss this appeal for lack of jurisdiction.

PER CURIAM

Do not publish